IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRIS BLUM,                                   No   C 09-2286 VRW

    Plaintiff,                            ORDER

    v

INDYMAC MORTGAGE SERVICES, et al,

    Defendants.
                                      /

        Plaintiff Chris Blum moves to extend the temporary restraining order ("TRO") issued against defendants in Sonoma County superior court on May 12, 2009. Doc #5. The TRO is currently set to expire on June 8, 2009, ten days from May 22, 2009, the date the action was removed. See <u>Granny Goose Foods, Inc v Brotherhood of Teamsters & Auto Truck Drivers Local No 70 of Alameda County</u>, 415 US 423, 440 (1974). Prior to removal, the superior court had set the TRO to expire on June 16, 2009. Doc #6-12.

//

//

//

      **Defendants are hereby ORDERED to SHOW CAUSE in writing, on or before June 5, 2009, why the court should not extend the TRO for good cause pursuant to FRCP 65(b)(2).**

      **IT IS SO ORDERED.**

_____

**VAUGHN R WALKER**
**United States District Chief Judge**