**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (State Bar No. 052235)
Peter F. Lacques, Esq. (State Bar No. 172970)
901 E Street, Suite 100
San Rafael, CA  94901
Telephone: (415) 454-2294
Facsimile: (415) 457-5348
njbloomfield@njblaw.com
peter.lacques@njblaw.com

Attorneys for Plaintiff Chris Blum

**GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.**
Steven C. Mitchell, Esq. (State Bar No. 124644)
Michael T. Carlson, Esq. (State Bar No. 184674)
37 Old Courthouse Square, Fourth Floor
Santa Rosa, CA  95404-4920
smitchell@gsoglaw.com
mcarlson@gsoglaw.com

Attorneys for Defendant ONEWEST BANK, FSB

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BLUM | CASE NO.  C 09-02286 VRW |
| Plaintiff, | [Proposed] |
| vs. | **ORDER Based on Stipulation Continuing Hearing Date for Three Motions and Extending Temporary Restraining Orders** |
| INDYMAC MORTGAGE SERVICES, a Division of OneWest Bank, FSB;  INDYMAC FEDERAL BANK, FSB; NDEXWEST; LLC; et al | **NEW HEARING DATE ON THE MOTIONS: September 3, 2009 at 10:00 A.M.** |
| Defendants. | ..... |

1

Order Continuing Hearing Date for Three Motions and Extending Temporary
Order Based on Stipulation Continuing Hearing Date for Three Motions and Extending Temporary
Restraining Orders

1.   WHEREAS, the Court has currently set a hearing date of July 15 at 2:30 pm, for the following matters: Plaintiff's Motion for a Preliminary Injunction, [Doc #1], Defendant's Motion to Dismiss [Doc #9], and Plaintiff's Motion to Remand  [Doc #15];

2.   WHEREAS Plaintiff and Defendant ONEWEST BANK FSB desire to explore settlement possibilities at this time, and to do additional factual investigation, including certain discovery efforts and an inspection of the property, related both to the case issues presented and to settlement possibilities.

3.   WHEREAS, plaintiff has posted a $5,000.00 bond to secure the TRO prohibiting the sale of his property;  and

4.   WHEREAS, Plaintiff and Defendant ONEWEST BANK FSB have stipulated to a continuance of the present motion schedule and to an extension of the present Temporary Restraining Orders,

Based on the stipulation filed by Plaintiff and Defendant ONEWEST BANK FSB, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. Each of the following motions, currently set for hearing on July 15, 2009, are hereby continued to **September 3, 2009 at 10:00 A.M.** ~~September 2, 2009 at 2:30 pm~~.: Plaintiff's Motion for a Preliminary Injunction, [Doc #1], Defendant's Motion to Dismiss [Doc #9], and Plaintiff's Motion to Remand  [Doc #15].

2. The parties are to file their opposing briefs not later than August 12, 2009 (three weeks prior to the hearing date), and their reply briefs not later than August 19, 2009 (two weeks prior to the new hearing date).

2
Order Continuing Hearing Date for Three Motions and Extending Temporary
Order Based on Stipulation Continuing Hearing Date for Three Motions and Extending Temporary
Restraining Orders

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.  The Temporary Restraining   Orders Presently in effect prohibiting the sale of Plaintiff's property commonly known as 5767 SONOMA MOUNTAIN ROAD, Santa Rosa, CA, Assessor's Parcel Number: 055-130-007-000, as ordered by Sonoma County Superior Court Judge Hon. Robert S. Boyd on April 30, 2009, and as extended by Sonoma County Superior Court Judge  Hon. Elaine Rushing on May 12, 2009, and as further extended by this Court on June 9, 2009 (document # 20 herein) are hereby further extended and  shall remain in effect until at least September 9, 2009, which is 7 days after the continued  hearing date set forth above. Defendants are prohibited from conducting a Trustee's sale of said property until after September 9, 2009.

SO ORDERED

Dated:   6/23/09 _____



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Phyllis J. Hamilton

U___ ___
Uni___ ___ef Judge

3

Order Continuing Hearing Date for Three Motions and Extending Temporary
Order Based on Stipulation Continuing Hearing Date for Three Motions and Extending Temporary
Restraining Orders