**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (State Bar No. 052235)
Peter F. Lacques, Esq. (State Bar No. 172970)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone: (415) 454-2294
Facsimile: (415) 457-5348
njbloomfield@njblaw.com
peter.lacques@njblaw.com

Attorneys for Plaintiff Chris Blum

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BLUM<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>INDYMAC MORTGAGE SERVICES, a Division of OneWest Bank, FSB; INDYMAC FEDERAL BANK, FSB; NDEXWEST; LLC; et al<br><br>　　　　Defendants. | CASE NO. C 09-02286 VRW<br><br>**Judge:** Vaughn R. Walker<br>**Dept:** 6<br><br>[Proposed]<br>**ORDER based on Stipulation Setting Early Settlement Conference; Continuing Hearing Date for Motions and Extending Temporary Restraining Orders** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED that

1. The hearing on Plaintiff's Motion for a Preliminary Injunction, doc #1, is now continued to December 10, 2009;

2. The hearing on IndyMac's Motion to Dismiss, doc #9, is now continued to December 10, 2009;

3. The hearing on Plaintiff's Motion to Remand and Attorneys' Fees, doc #15 is now continued to December 10, 2009;

4. The hearing on NDEx West's Motion to Dismiss, doc #32, is now continued to December 10, 2009.

Briefing on the above hearings shall be modified in accordance with the new hearing date and Civil Local Rule 7-3.

An early settlement conference with a United States Magistrate Judge to be designated by the Court is to be held no later than December 31, 2009. All parties and their counsel will be required to attend.

The Case Management Conference, currently scheduled for November 12, 2009, shall be continued to January 7, 2010. Parties' joint case management statement shall be due one week prior to the conference. All other deadlines shall be extended accordingly.

The Temporary Restraining Orders Presently in effect prohibiting the sale of Plaintiff's property commonly known as 5767 SONOMA MOUNTAIN ROAD, Santa Rosa, CA, Assessor's Parcel Number: 055-130-007-000 are hereby further extended and shall remain in effect until at least December 17, 2009 the seventh day after the latest continued hearing date set forth above. Defendants are prohibited from conducting a Trustee's sale of said property until after January 14, 2010.

SO ORDERED

Dated: 9/23/2009



_____
VAUGHN R. WALKER
United States District Chief Judge

Order Continuing Hearing Date for Motions and Extending Temporary Restraining Order Based on Stipulation