LAW OFFICES OF NEIL JON BLOOMFIELD
Neil Jon Bloomfield, Esq. (State Bar No. 052235)
Peter F. Lacques, Esq. (State Bar No. 172970)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone: (415) 454-2294
Facsimile: (415) 457-5348
njbloomfield@njblaw.com
placques@aol.com

Attorneys for Plaintiff Chris Blum

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BLUM, <br><br> Plaintiff, <br><br> v. <br><br> INDYMAC MORTGAGE SERVICES, a division of OneWest Bank, FSB; INDYMAC FEDERAL BANK, FSB; NDEXWEST, LLC; WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION; CURT HUMPHREY, an Individual; and DOES 1-200 <br><br> Defendants. | CASE NO.: CV-09 2286 VRW <br><br> ~~(PROPOSED)~~ ORDER ON STIPULATION OF COUNSEL TO MODIFY HEARING DATES FOR MOTION MATTERS AND CASE MANAGEMENT CONFERENCE <br><br> No Trial Date Assigned |

**ORDER**

Pursuant to the Stipulation of Counsel, the hearing date for each of the motions previously set for December 10, 2008 is continued to **February 4, 2010 at 10:00 am.** The Case Management Conference is to be held on **February 18, 2010 at 3:30 pm.** IT IS SO ORDERED.

DATED: November _6_, 2009

_____
Hon. Vaughn R. Walker
Judge of the United States District Court

[GRANTED — Judge Vaughn R Walker]

(PROPOSED) ORDER TO MODIFY SCHEDULE