STEVEN C. MITCHELL, ESQ., SBN 124644
MICHAEL T. CARLSON, ESQ., SBN 184674
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California 95404
Telephone: (707) 545-1660
Facsimile: (707) 545-1876
smitchell@gsoglaw.com
mcarlson@gsoglaw.com

Attorneys for Defendant
ONEWEST BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BLUM,<br><br>    Plaintiff,<br><br>v.<br><br>INDYMAC MORTGAGE SERVICES, a division of OneWest Bank, FSB; INDYMAC FEDERAL BANK, FSB; NDEXWEST, LLC; WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION; CURT HUMPHREY, an Individual; and DOES 1-200<br><br>    Defendants. | CASE NO.: CV-09 2286 VRW<br><br>**STIPULATION FOR DISMISSAL OF CERTAIN PARTIES WITH PREJUDICE BY PLAINTIFF [Fed. R. Civ. P. 41(a)(1)]; AND REMOVAL OF CERTAIN PENDING MOTIONS FROM COURT'S CALENDAR**<br><br>No Trial Date Assigned |

TO THE HONORABLE VAUGHN R. WALKER OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their respective counsel of record, that pursuant to the terms of the settlement reached between certain of the parties (Defendant ONEWEST BANK, FSB; Defendant INDYMAC MORTGAGE SERVICES, a division of OneWest Bank, FSB and Defendant NDEX WEST, LLC) as settling defendants, and Plaintiff Chris Blum and Defendant Curt Humphrey, as regards their respective

terms and conditions of settlement against those settling parties) (which settlement agreement, dated as of December 11, 2009, is hereinafter called " The December 11, 2009 Settlement Agreement") as follows:

1. the complaint of plaintiff Chris Blum shall be voluntarily dismissed *with prejudice* and without costs or attorneys' fees to or from any party pursuant to Federal Rule of Civil Procedure 41(a)(1), as to the following parties only:

   a. Defendant INDYMAC MORTGAGE SERVICES, a division of OneWest Bank, FSB;

   b. Defendant ONEWEST BANK, FSB; and

   c. Defendant NDEX WEST, LLC.

IT IS HEREBY FURTHER STIPULATED AND AGREED by the parties hereto, pursuant to the Settlement Agreement, by and through their respective counsel of record, that:

2. Plaintiff's Motion for a Preliminary Injunction, Doc #1, scheduled for hearing on February 4, 2010, shall be removed from the Court's calendar;

3. Defendant OneWest Bank, FSB's Motion to Dismiss, Doc #9, scheduled for hearing on February 4, 2010, shall be removed from the Court's calendar;

4. Defendant NDEX WEST, LLC's Motion to Dismiss, Doc #32, scheduled for hearing on February 4, 2010, shall be removed from the Court's calendar;

5. Plaintiff's Motion for Remand, Doc #15, scheduled for hearing on February 4, 2010, shall remain on the Court's calendar; *provided, however*, Plaintiff's request for Attorneys' Fees against OneWest Bank, FSB shall be dismissed and dropped from the Court's calendar as part of that motion;

6. The Temporary Restraining Order as set forth in that certain Order dated September 23, 2009, Doc #42, prohibiting the sale of Plaintiff's property commonly known as

5767 Sonoma Mountain Road, Santa Rosa, California, APN 055-130-007-000 (the "Property"), shall be immediately dissolved to allow either a short sale or trustee sale of the Property to proceed in accordance with the terms and conditions set forth in the Settlement Agreement. Plaintiff's undertaking for a Temporary Restraining Order filed on or about June 17, 2009, Doc #25, and the Bond No. 1000792662 in the amount of $5,000 posted by Chris Blum shall be released to Chris Blum immediately. Each of the enjoined defendants hereby and herewith waive and release any and all rights they may otherwise have or have had to tax the bond or recover any funds (1) from the bond or (2) from Plaintiff based on the bond.

IT IS SO STIPULATED.

DATED: December __, 2009

LAW OFFICES OF NEIL JON BLOOMFIELD

By: _____
NEIL JON BLOOMFIELD, ESQ.
Attorneys for Plaintiff Chris Blum

DATED: December __, 2009

GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By: _____
MICHAEL T. CARLSON, ESQ.
Attorneys for Defendant IndyMac Mortgage Services, a division of OneWest Bank, FSB and OneWest Bank, FSB

DATED: December __, 2009

FRANDZEL, ROBINS, BLOOM & CSATO, L.C.

By: _____
BRIAN L. BLOOM, ESQ.
Attorneys for Defendant NDeX West, LLC, a Delaware limited liability company

5767 Sonoma Mountain Road, Santa Rosa, California, APN 055-130-007-000 (the "Property"), shall be immediately dissolved to allow either a short sale or trustee sale of the Property to proceed in accordance with the terms and conditions set forth in the Settlement Agreement. Plaintiff's undertaking for a Temporary Restraining Order filed on or about June 17, 2009, Doc #25, and the Bond No. 1000792662 in the amount of $5,000 posted by Chris Blum shall be released to Chris Blum immediately. Each of the enjoined defendants hereby and herewith waive and release any and all rights they may otherwise have or have had to tax the bond or recover any funds (1) from the bond or (2) from Plaintiff based on the bond.

IT IS SO STIPULATED.

DATED: December __, 2009        **LAW OFFICES OF NEIL JON BLOOMFIELD**

By: _____
NEIL JON BLOOMFIELD, ESQ.
Attorneys for Plaintiff Chris Blum

DATED: December 21, 2009        **GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.**

By: _____
MICHAEL T. CARLSON, ESQ.
Attorneys for Defendant IndyMac Mortgage Services, a division of OneWest Bank, FSB and OneWest Bank, FSB

DATED: December __, 2009        **FRANDZEL, ROBINS, BLOOM & CSATO, L.C.**

By: _____
BRIAN L. BLOOM, ESQ.
Attorneys for Defendant NDeX West, LLC, a Delaware limited liability company

5767 Sonoma Mountain Road, Santa Rosa, California, APN 055-130-007-000 (the "Property"), shall be immediately dissolved to allow either a short sale or trustee sale of the Property to proceed in accordance with the terms and conditions set forth in the Settlement Agreement. Plaintiff's undertaking for a Temporary Restraining Order filed on or about June 17, 2009, Doc #25, and the Bond No. 1000792662 in the amount of $5,000 posted by Chris Blum shall be released to Chris Blum immediately. Each of the enjoined defendants hereby and herewith waive and release any and all rights they may otherwise have or have had to tax the bond or recover any funds (1) from the bond or (2) from Plaintiff based on the bond.

IT IS SO STIPULATED.

DATED: December __, 2009     **LAW OFFICES OF NEIL JON BLOOMFIELD**

By: _____
NEIL JON BLOOMFIELD, ESQ.
Attorneys for Plaintiff Chris Blum

DATED: December __, 2009     **GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.**

By: _____
MICHAEL T. CARLSON, ESQ.
Attorneys for Defendant IndyMac Mortgage Services, a division of OneWest Bank, FSB and OneWest Bank, FSB

DATED: December 24, 2009     **FRANDZEL, ROBINS, BLOOM & CSATO, L.C.**

By: /s/ Brian L. Bloom
BRIAN L. BLOOM, ESQ.
Attorneys for Defendant NDeX West, LLC, a Delaware limited liability company

- 3 -
Stipulation for Dismissal of Complaint as to certain Parties By Plaintiff FRCP 41(a)(1)

| | | |
|---|---|---|
| 1 | DATED: December 21, 2009 | ADORNO, YOSS, ALVARADO & SMITH |
| 2 | | |
| 3 | | By: _____ |
| 4 | | JOHN M. SORICH, ESQ. Attorneys for JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Defendant Washington Mutual Bank from the FDIC acting as Receiver |
| 5 | | |
| 6 | | |
| 7 | DATED: December __, 2009 | _____ Defendant Curt Humphrey |

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.

DATED: December ___, 2009          ADORNO, YOSS, ALVARADO & SMITH

                                   By: _____
                                       JOHN M. SORICH, ESQ.
                                       Attorneys for JPMorgan Chase Bank, N.A., an
                                       acquirer of certain assets and liabilities of
                                       Defendant Washington Mutual Bank from the
                                       FDIC acting as Receiver

DATED: December 6, 2009            /s/ Curt Humphrey
                                   _____
                                   Defendant Curt Humphrey

# ORDER

Pursuant to the above Stipulation of Counsel, IT IS SO ORDERED.

DATED: January 27, 2009



Hon. _____
Judge _____ District Court

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.