LAW OFFICES OF NEIL JON BLOOMFIELD
Neil Jon Bloomfield, Esq. (State Bar No. 052235)
Peter F. Lacques, Esq. (State Bar No. 172970)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone: (415) 454-2294
Facsimile: (415) 457-5348
njbloomfield@njblaw.com
Attorneys for Plaintiff Chris Blum

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BLUM,<br><br>    Plaintiff,<br><br>v.<br><br>INDYMAC MORTGAGE SERVICES, a division of OneWest Bank, FSB; INDYMAC FEDERAL BANK, FSB; NDEXWEST, LLC; WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION; CURT HUMPHREY, an Individual; and DOES 1-200<br><br>    Defendants. | CASE NO.: CV-09 2286 VRW<br><br>**STIPULATION FOR DISMISSAL OF CERTAIN PARTIES WITH PREJUDICE BY PLAINTIFF [Fed. R. Civ. P. 41(a)(1)];**<br><br><br><br>No Trial Date Assigned |

TO THE HONORABLE VAUGHN R. WALKER OF THE UNITED STATES DISTRICT

COURT, NORTHERN DISTRICT OF CALIFORNIA:

IT IS HEREBY STIPULATED AND AGREED by the two stipulating parties hereto, by and

through their respective counsel of record, that pursuant to the terms of the settlement reached between

one of the defendants (Defendant JPMorgan Chase Bank, N.A., as acquirer of certain assets and

liabilities of Defendant Washington Mutual Bank from the FDIC acting as Receiver) and Plaintiff Chris

1

Blum, as regards his settlement against those settling parties) (which settlement agreement, dated as of December 24, 2009, is hereinafter called " The December 24, 2009 Settlement Agreement") as follows:

    The complaint of plaintiff Chris Blum shall be voluntarily dismissed *with prejudice* and without costs or attorneys' fees to or from any party pursuant to Federal Rule of Civil Procedure 41(a)(1), as to the following party only: JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Defendant Washington Mutual Bank from the FDIC acting as Receiver Defendant.

IT IS SO STIPULATED.

DATED: January 11, 2010    **LAW OFFICES OF NEIL JON BLOOMFIELD**

By: ___/s/ Neil Jon Bloomfield_____
    NEIL JON BLOOMFIELD, ESQ.
    Attorneys for Plaintiff Chris Blum

DATED: December 24, 2009    **ADORNO, YOSS, ALVARADO & SMITH**

By: __/s/ John M. Sorich_____
    JOHN M. SORICH, ESQ.
    Attorneys for JPMorgan Chase Bank, N.A., an
    acquirer of certain assets and liabilities of
    Defendant Washington Mutual Bank from the FDIC
    acting as Receiver

## ORDER

Pursuant to the above Stipulation of Counsel, IT IS SO ORDERED.

DATED: 1/27/2010    _____
    Hon. Vaughn R. Walker
    Judge of the United States District Court

*IT IS SO ORDERED — Judge Vaughn R Walker — United States District Court, Northern District of California*